**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ROBERT AND KATHERINE PORTER, INDIVIDUALLY, AND AS PARENTS AND NATURAL GUARDIANS OF ROBERT T. "BO" PORTER, A MINOR, | : No. 257 EAL 2017<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| Petitioners | : |
| v. | : |
| SMITHKLINE BEECHAM CORPORATION, PFIZER, INC. AND WOLTERS KLUWER HEALTH, INC., | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.